AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

THOMAS HOLLOWAY AND
TERRI WILSON HOLLOWAY

V.

JIM WALTER HOMES, INC., WILLIAM J.
WARD-TRUSTEE OF MIDSTATE TRUST VII,
MID-STATE HOMES, INC. ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv516

TO: (Name and address of Defendant)

WILLIAM J. WARD, TRUSTEE OF
MID-STATE TRUST VII
C/O RICHARDS, LAYTON & FINGER
RODNEY SQUARE NORTH
WILMINGTON, DELAWARE 19890

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HALLIE L. LEAVELL
BARRY C. LEAVELL
BARRY LEAVELL & ASSOCIATES
205 MADISON AVENUE
MONTGOMERY, ALABAMA 36104
(334) 834-8663

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_  6/6/05
CLERK                DATE

(By) DEPUTY CLERK