AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

THOMAS HOLLOWAY AND
TERRI WILSON HOLLOWAY

V.

JIM WALTER HOMES, INC., WILLIAM J.
WARD-TRUSTEE OF MIDSTATE TRUST VII,
MID-STATE HOMES, INC. ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv516-M

TO: (Name and address of Defendant)

JIM WALTER HOMES, INC.
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HALLIE L. LEAVELL
BARRY C. LEAVELL
BARRY LEAVELL & ASSOCIATES
205 MADISON AVENUE
MONTGOMERY, ALABAMA 36104
(334) 834-8663

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    6/1/05

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

THOMAS HOLLOWAY AND
TERRI WILSON HOLLOWAY

v.

JIM WALTER HOMES, INC., WILLIAM J.
WARD-TRUSTEE OF MIDSTATE TRUST VII,
MID-STATE HOMES, INC. ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv516 - M

TO: (Name and address of Defendant)

MID-STATE HOMES, INC.
C/O THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HALLIE L. LEAVELL
BARRY C. LEAVELL
BARRY LEAVELL & ASSOCIATES
205 MADISON AVENUE
MONTGOMERY, ALABAMA 36104
(334) 834-8663

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*    6/1/05

CLERK    DATE

(By) DEPUTY CLERK