| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>WILLIAM J. WARD, TRUSTEE OF<br>MID-STATE TRUST VII<br>c/o RICHARDS, LAYTON & FINGER<br>RODNEY SQUARE NORTH<br>WILMINGTON, DELAWARE  19890<br><br>S&C 05-416 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>    *(Transfer from service label)* | 7001 1140 0001 9896 4094 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540