IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUN 20 P 3:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| THOMAS HOLLOWAY and ) | |
| TERRI WILSON HOLLOWAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:05cv516-M |
| ) | |
| JIM WALTER HOMES, INC., ) | JURY DEMAND |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for **Jim Walter Homes, Inc.** and **Mid-State Homes, Inc.**, in the above-captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public: **Walter Industries, Inc.**

_____
George W. Walker, III (WAL097)

**ATTORNEY FOR DEFENDANTS
JIM WALTER HOMES, INC.; WILLIAM J.
WADE AS TRUSTEE OF MID-STATE TRUST
VII; and MID-STATE HOMES, INC.**

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Tel: (334) 834-1180
Fax: (334) 834-3172

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of June, 2005, I have served a copy of the foregoing CORPORATE DISCLOSURE STATEMENT upon the following counsel of record by placing same in the United States Mail, postage prepaid and properly addressed:

Barry C. Leavell, Esq.
BARRY LEAVELL & ASSOCIATES
205 Madison Avenue
Montgomery, AL 36104
Tel: (334) 834-8663
Fax: (334) 834-8667

Hallie L. Leavell, Esq.
Michael J. Musgrove, Esq.
BARRY LEAVELL & ASSOCIATES
903 Main Avenue, Suite A
Northport, AL 35476
Tel: (205) 248-0053
Fax: (205) 248-0083

_____
Of Counsel