**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 21, 2005

NOTICE OF REASSIGNMENT

Re:   Thomas Holloway, et al. vs. Jim Walter Homes, et al.
      Civil Action No.  2:05cv516-M

The above-styled case has been  reassigned to Judge Myron H. Thompson..

Please note that the case number is now  2:05cv516-T.  This new case number should be used on all future correspondence and pleadings in this action.