# EXHIBIT 1

RESALE OF MARY JOHNSON    #552423    #892205

SALES PRICE  : $    67,750.00
DOWNPAYMENT  : $       750.00
AMT FINANCED : $    67,000.00
TIME CHARGES : $    80,264.00
TIME PRICE   : $   147,264.00

2001   4177
Recorded in the Above
Deed Book & Page
04-01-2001 05:24:15 PM
Wallace Wyatt Jr. Probate Judge
St. Clair County, Alabama

## ALABAMA
## SPECIAL WARRANTY DEED

THIS INDENTURE, Made this __3rd__ day of __April__, XX__2001__, BETWEEN Jim Walter Homes, Inc.* a corporation existing under the laws of the State of Florida, having its principal place of business at 1500 North Dale Mabry Highway, Tampa, Florida 33607 and William J. Wade, not in his individual capacity but solely as trustee of Mid-State Trust VII, a Delaware business trust established pursuant to a Trust Agreement dated as of December 10, 1998, with an address of William J. Wade, c/o Richards, Layton & Finger, One Rodney Square, Wilmington, Delaware, 19890, Attention: Corporate Trust Department, hereinafter, collectively, the party of the first part, and Thomas Holloway & wife Terri L. Wilson ** As joint tenants with full rights of survivorship not as tenants in common ____5808 Mt. Olive Road   Gardendale, AL 35071_____ of the County of __ST. CLAIR__ and State of Alabama, part__ies__ of the second part, WITNESSETH, that the said party of the first part, for and in consideration of the sum of ----$10.00-TEN AND OTHER VALUABLE CONSIDERATIONS------------------------------- Dollars, to it in hand paid, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, remised, released, conveyed and confirmed, and by these presents doth grant, bargain, sell, alien, remise, release, convey and confirm unto said part__ies__ of the second part, and __their__ heirs and assigns forever, all that certain parcel of land lying and being in the County of __ST. CLAIR__ and State of Alabama, more particularly described on Exhibit A attached hereto and made a part hereof.

TOGETHER with all the tenements, hereditaments and appurtenances, with every privilege, right, title, interest and estate, reversion, remainder and easement thereto belonging or in anywise appertaining; TO HAVE AND TO HOLD the same in fee simple forever.

And the said party of the first part doth covenant with the said part__ies__ of the second part that it is lawfully seized of the said premises; that they are free of all encumbrances, and that it has good right and lawful authority to sell the same; and the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever by, through and under the party of the first part, but not otherwise.

IN WITNESS WHEREOF, the party of the first part has caused these presents to be signed in their names by __Lane Hudson__, __Vice-President__ of Jim Walter Homes, Inc., for that company both individually and as Attorney-in-Fact for William J. Wade, trustee, the day and year above written.

* GRANTOR
**GRANTEE

JIM WALTER HOMES, INC.

By: _____
Name: LANE HUDSON
Title: Vice-President


William J. Wade, not in his individual capacity, but solely as trustee of Mid-State Trust VII

By: Jim Walter Homes, Inc., his Attorney-in-Fact

By: _____
Name: LANE HUDSON
Title: Vice-President


RETURN TO
JIM WALTER HOMES, INC.
ATTN: IVAN P. PANGANIBAN
P.O. BOX 31601
TAMPA, FL 33631

1

2001  4178
Recorded in the Above
DEED Book & Page
04-01-2001 02:24:18 PM

## ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BE IT REMEMBERED that on this day before me, a Notary Public within and for the county and state aforesaid, duly authorized, acting and commissioned, personally appeared __Lane Hudson__, to me personally well known, who acknowledged that he/she is the __Vice-President__ of Jim Walter Homes, Inc., a corporation, and that as such officer being authorized so to do, had executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself/herself as such officer.

WITNESS my hand and official seal as such Notary Public on this the __3rd__ day of __April__, ~~19~~ __2001__.

_____
NOTARY PUBLIC
Print Name: SANDRA M. SELF
My Commission Expires:

Sandra M Self
My Commission CC882520
Expires October 24, 2001

## ACKNOWLEDGMENT

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that __Lane Hudson__, whose name as __Vice-President__ of Jim Walter Homes, Inc., a corporation, as Attorney-in-Fact for William J. Wade, not in his individual capacity but solely as Trustee of Mid-State Trust VII, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of this instrument, he, as such officer and with full authority, executed the same voluntarily for and as an act of said corporation, acting in its capacity as aforesaid.

WITNESS my hand and official seal as such Notary Public on this the __3rd__ day of __April__, ~~19~~ __2001__.

_____
NOTARY PUBLIC
Print Name: SANDRA M. SELF
My Commission Expires:

Sandra M Self
My Commission CC882520
Expires October 24, 2001

THIS INSTRUMENT PREPARED BY:
Jeffrey P. Thofner
Attorney at Law
P. O. Box 31601
Tampa, FL 33631-3601

AFTER RECORDING RETURN TO:
Jim Walter Homes, Inc.
P. O. Box 31601
Tampa, FL 33631-3601
Attn: C. T. Witherington

TEP-T-3.VII (1/99)

2

COUNTY OF ST. CLAIR         EXHIBIT "A"
STATE OF ALABAMA

Commencing at the Southeast corner of the Northeast ¼ of the Southwest ¼ of Section 9, Township 17 South, Range 2 East, said point being a found axle; thence North 02 degrees 27 minutes East along the East line of said ¼-¼, a distance of 211.62 feet to a found iron pin; thence North 74 degrees 12 minutes West, a distance of 211.36 feet to an iron pin, said pin being the Point of Beginning of the herein described parcel; thence continue North 74 degrees 12 minutes West, a distance of 212.38 feet to a found iron pin; thence South 12 degrees 45 minutes West, a distance of 92.54 feet to a found iron pin; thence South 74 degrees 39 minutes West, a distance of 251.71 feet to a found iron pin on the Easterly Right of Way of Winnataska Road; thence North 07 degrees 33 minutes West along said Easterly Right of Way, a distance of 128.65 feet to a point; thence North 09 degrees 04 minutes West along said Easterly Right of Way, a distance of 112.86 feet to a point; thence North 10 degrees 47 minutes West along said Easterly Right of Way, a distance of 87.85 feet to an iron pin; thence North 86 degrees 49 minutes East, a distance of 519.47 feet to an iron pin; thence South 00 degrees 00 minutes East, a distance of 254.99 feet to the Point of Beginning of the above described parcel. Said parcel contains 3.00 Acres more or less.

```
2001   4179
Recorded in the Above
DEED Book & Page
06-01-2001 03:24:18 PM
```

Less and except any road right of ways of record. Grantor does not assume any liability for unpaid taxes.

This deed is given subject to that certain Mortgage from the Grantee herein to the Grantor herein dated the 3rd day of April, 2001.

A Purchase Money Mortgage is being recorded simultaneously herewith to secure the deferred payment indebtedness.

PARCEL #:   592702090000038007