# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY and<br>TERRI WILSON HOLLOWAY,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM WALTER HOMES, INC.,<br>et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:05cv516-M<br>)<br>)    JURY DEMAND<br>)<br>)<br>) |

**AFFIDAVIT**

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

Before me, the undersigned authority, a notary public in and for said County in said State, appeared **Vance Nelson**, who is known to me, is over the age of nineteen years, and has personal knowledge of the matters stated herein, and who, being first duly sworn, does depose and say:

"I am employed by Walter Mortgage Company as Property Administrator for the Southeast and Central Region, which includes St. Clair County, Alabama. I am also an Assistant Secretary for Jim Walter Homes, Inc.[JWH]. I have personal knowledge of the matters contained herein relating to the sale of a residential dwelling by JWH and William J. Wade as Trustee of Mid-State Trust VII [Trust] to Thomas and Terri Wilson Holloway.

The Holloways entered into a sales contract with JWH and Trust April 3, 2001 for the sale of an existing residence that had been previously constructed by JWH. Attached hereto as Exhibit A is

true and correct copy of the entire sales contract between JWH, Trust and the Holloways. As part of that contract, they signed an arbitration agreement. A true and correct copy of the arbitration agreement is included within Exhibit A.

JWH and Mid-State Homes, Inc. are Florida corporations with their principal places of business in Tampa, Florida. Trust is a Delaware business trust. The Holloways financed the purchase price of the house and executed a mortgage and promissory note in connection therewith. A true and correct copy of the mortgage and promissory note are attached as Exhibit B hereto. The payments on the home made by the Holloways were to be, and have been, mailed to an address in either Tampa, Florida or Atlanta, Georgia.

The contract between the Holloways, JWH and Trust was approved in Tampa, Florida. The contract documents were prepared in Tampa, Florida and sent to a JWH branch office in Alabama. All sales material was sent from Tampa, Florida to the branch office.

Neither JWH nor Trust intends for its sales contract and the arbitration provision contained therein to be treated as severable or separable. In fact, the sales contract expressly incorporates the arbitration agreement by reference."

Further, the Affiant sayeth not.

_____
Vance Nelson

Sworn to and subscribed before me on this the 16th day of June, 2005.

_____
Notary Public



Notary Public State of Florida
Tina L Hossman
My Commission DD0370641
Expires 1/13/2009

2