IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **THOMAS HOLLOWAY and** )<br>**TERRI WILSON HOLLOWAY,** )<br> )<br>    **Plaintiffs,** )<br> )<br>    v. )<br> )<br>**JIM WALTER HOMES, INC.,** )<br>**et al.,** )<br> )<br>    **Defendants.** ) | **CIVIL ACTION NO.**<br>**2:05cv516-T** |

**ORDER**

It is ORDERED that defendants' motion to compel arbitration and motion to stay proceedings pending arbitration (Doc. No. 10) are set for submission, without oral argument, on July 29, 2005, with all briefs due by said date.

DONE, this the 23rd day of June, 2005.

    /s/ Myron H. Thompson    
**UNITED STATES DISTRICT JUDGE**