IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS HOLLOWAY and<br>TERRI WILSON HOLLOWAY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | CASE NO. 2:05-CV-516-M |
| JIM WALTER HOMES, INC.,<br>et al., | )<br>)<br>)<br>) | JURY DEMAND |
| Defendants. | ) | |

**MOTION TO ALTER BRIEFING SCHEDULE**

Defendants Jim Walter Homes, Inc., Mid-State Homes, Inc., and William J. Wade as Trustee of Mid-State Trust VII, by and through counsel, move the Court to alter the briefing schedule established by the Court's Order of June 23, 2005 and, as grounds therefor, state as follows:

1. Defendants filed a motion to compel arbitration and to stay proceedings pending arbitration on June 20, 2005. That motion is supported by evidentiary submissions as well as a brief argument, with appropriate legal citations.

2. The Court entered an Order on June 23, 2005 setting the motion for submission, without oral argument, on July 29, 2005, with all briefs due by said date.

3. Defendants are unaware as to whether or not Plaintiffs will oppose the motion to compel arbitration and, if so, what the opposition will be based on. Presumably, if Plaintiffs oppose the motion to compel arbitration, they will file their opposition on July 29, 2005, which will leave Defendants without an opportunity to respond under the Court's present Order.

4. Accordingly, Defendants would respectfully request that the Court alter or modify the briefing schedule contained in its Order of June 23, 2005 to provide that Plaintiffs must submit any opposition to the motion to compel arbitration and to stay proceedings pending arbitration on or before July 29, 2005, and that Defendants shall have an opportunity to reply on or before August 5, 2005, at which time the motion will be deemed submitted.

WHEREFORE, Defendants Jim Walter Homes, Inc., Mid-State Homes, Inc., and William J. Wade as Trustee of Mid-State Trust VII respectfully move the Court to alter or modify its Order of June 23, 2005 to provide Defendants with a one-week period to respond to any opposition filed by Plaintiffs, and for such other and further relief as the Court deems appropriate.

    s/ George W. Walker, III  
George W. Walker, III (WAL097)

**ATTORNEY FOR DEFENDANTS JIM WALTER HOMES, INC.; WILLIAM J. WADE AS TRUSTEE OF MID-STATE TRUST VII; and MID-STATE HOMES, INC.**

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL, P.A.  
444 South Perry Street  
Post Office Box 347  
Montgomery, Alabama 36101-0347  
Tel: (334) 834-1180  
Fax: (334) 834-3172

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Barry Clayton Leavell**
  bcl@barryleavell.com hallie@barryleavell.com

- **Hallie Laura Leavell**
  hallie@barryleavell.com bcl@barryleavell.com

- **Michael Jason Musgrove**
  mjm@barryleavell.com hallie@barryleavell.com


                  s/   George W. Walker, III
                Of Counsel