IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY and<br>TERRI WILSON HOLLOWAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>JIM WALTER HOMES, INC.,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)   2:05cv516-T<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that defendants' motion to alter briefing schedule (Doc. No. 13) is denied with leave to renew if, after reviewing plaintiffs' response to the motion to compel arbitration and motion to stay proceedings pending arbitration (Doc. No. 10) defendants still think there is a need for further response.

DONE, this the 28th day of July, 2005.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE