**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been duly served upon the following parties by United States Mail, postage prepaid and addressed as follows:

Hon. George Walton Walker, III
Copeland, Franco, Screws & Gill
P.O. Box 347
Montgomery, Alabama 36104

DONE this the ____ day of July 2005.

BARRY LEAVELL & ASSOCIATES

FOR THE FIRM
BARRY C. LEAVELL