**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 1, 2005

# NOTICE OF CORRECTION

**To:**               Counsel of Record

**From:**            Clerk's Office

**Case Style**       Thomas Holloway, et al, vs. Jim Walter Homes, et al.
                     Civil Action No.   2:05cv516

**Referenced Pleading:**   Response to Motion to Compel
                           Document #15

**This Notice of Correction  filed in the above  referenced case to attach signed certificate of service page.**