IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY and ) | |
| TERRI WILSON HOLLOWAY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:05cv516-T |
| ) | |
| JIM WALTER HOMES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO SUSPEND THE REQUIREMENTS OF RULE 26(F)**

Defendants Jim Walter Homes, Inc. (JWH), William J. Wade as Trustee of Mid-State Trust VII (Trust), and Mid-State Homes, Inc. (Mid-State), by and through counsel, move the Court to interimly suspend the requirements of Rule 26(f) until after a determination of the arbitrability of Plaintiffs' claims has been finally determined and, as grounds therefore, states as follows:

1.   The above-referenced case was filed in this Court on or about June 1, 2005. Defendants JWH, Wade and Trust have filed a motion to compel arbitration and to stay further proceedings in this matter pending arbitration that is directed to all of Plaintiffs' asserted claims. That motion was filed on June 21, 2005.

2.   The purposes of Rule 26(f) cannot be fulfilled until it is determined whether Plaintiffs' claims are referable to arbitration. Further, if arbitration is compelled, the requirement of Rule 26(f) will be inapplicable.

3.   Defendants JWH, Trust and Mid-State respectfully submit that the requirements of Rule 26(f) should be held in abeyance until the arbitration issue is finally resolved.

WHEREFORE, Defendants Jim Walter Homes, Inc., William J. Wade as Trustee of Mid-State Trust VII, and Mid-State Homes, Inc. respectfully move the Court to relieve the parties and their counsel of the obligations of Rule 26(f) until such time as there has been a ruling on the arbitration issue, and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 30th day of August, 2005.

    /s George W. Walker, III
George W. Walker, III (WAL097)

**ATTORNEY FOR DEFENDANTS**
**JIM WALTER HOMES, INC.; WILLIAM J.**
**WADE AS TRUSTEE OF MID-STATE TRUST**
**VII; and MID-STATE HOMES, INC.**

**OF COUNSEL**:

COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347
Tel:  (334) 834-1180
Fax: (334) 834-3172

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 30th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Barry Clayton Leavell**
  bcl@barryleavell.com hallie@barryleavell.com

- **Hallie Laura Leavell**
  hallie@barryleavell.com bcl@barryleavell.com

- **Michael Jason Musgrove**
  mjm@barryleavell.com hallie@barryleavell.com

             /s George W. Walker, III
             Of Counsel