**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

September 1, 2005

# NOTICE OF ERROR

To:     All Parties

Case Style:   Holloway et al v. Jim Walter Homes, Inc. et al

Case Number:   2:05-cv-00516-T

Referenced Pleading:   Notice of correction

Docket Entry Number:   18

**The referenced pleading was electronically filed on \*\*\*August 31, 2005\*\*\* in this case and contains an error in the docketing entry.**

**The pleading was erroneously docketed as a Notice..  The PDF document is styled as a "motion".  Parties are instructed to disregard #18 docket entry, which has been STRICKEN rom the record as a docketing error and refer to docket entry #19 for the correction entered by the Clerk's office.**