IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **THOMAS HOLLOWAY and** ) | |
| **TERRI WILSON HOLLOWAY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv516-T |
| ) | |
| **JIM WALTER HOMES, INC.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that defendants' motion to suspend (Doc. No. 19) is set for submission, without oral argument, on September 16, 2005, with all briefs due by said date.

DONE, this the 1st day of September, 2005.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**