IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY, *et al,* | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } CASE NO. 2:05-CV-516-WKW<br>} (WO) |
| JIM WALTER HOMES, *et al,* | }<br>}<br>} |
| Defendant. | }<br>}<br>} |

## ARBITRATION STATUS REPORT

**COMES NOW** the Attorney for the Plaintiff, Hallie L. Leavell, and the Attorney for the Defendant, George W. Walker, III, and jointly file for this Honorable Court a summary report of the actions taken in the above matter and in support of same show as follows:

1. ARBITRATION STATUS:

    The parties are in the process of selecting an arbitrator, setting up the arbitration process and commencing Arbitration.

2. DISPOSITION:

    The parties are in the process of commencing Arbitration and believe that such Arbitration may be completed by April, 2007.

**WHEREFORE**, the above premises considered, the Attorney for the Plaintiff and the Attorney for the Defendant respectfully request that this Honorable court accept this the Arbitration Status Report.

DONE this the _____ day of August, 2006.

        /s/ Hallie L. Leavell
OF COUNSEL:
Hallie L. Leavell, LEA015
For the Firm:
Leavell & Associates,
Attorneys at Law, L.L.C.
903 Main Avenue, Suite A
Northport, AL  35476
(205) 248-0053


/s/ George W. Walker, III
George W. Walker, III (WAL097)
OF COUNSEL:
COPELAND, FRANCO, SCREWS, & GILL
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180