IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-516-WKW |
| ) | |
| JIM WALTER HOMES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Suspend the Requirements of Rule 26(f) filed by the defendants on August 31, 2005 (Doc. # 19), it is hereby

ORDERED that the motion is DENIED as moot inasmuch as the proceedings in this case have been stayed pending resolution of the arbitration proceedings.

DONE this 10th day of August, 2006.

                                                /s/   W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE