IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY, *et al*, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } CASE NO. 2:05-CV-516-WKW<br>} (WO) |
| JIM WALTER HOMES, *et al*, | }<br>} |
| Defendant. | }<br>}<br>} |

ARBITRATION STATUS REPORT

**COMES NOW** the Attorney for the Plaintiff, Hallie L. Leavell, and the Attorney for the Defendant, George W. Walker, III, and jointly file for this Honorable Court a summary report of the actions taken in the above matter and in support of same show as follows:

1. ARBITRATION STATUS:

    The parties are in the process of selecting an arbitrator, setting up the arbitration process and commencing Arbitration. Since the last update, the Defendant has responded that none of the Plaintiff's list of arbitrators is acceptable and has submitted a list of their own. The Plaintiff is currently reviewing the Defendant's list of proposed arbitrators.

2. DISPOSITION:

    The parties are in the process of commencing Arbitration and believe that such Arbitration may be completed by April, 2007.

WHEREFORE, the above premises considered, the Attorney for the Plaintiff and the Attorney for the Defendant respectfully request that this Honorable court accept this the Arbitration Status Report.

DONE this the 26th day of September, 2006.

    /s/ Hallie L. Leavell
OF COUNSEL:
Hallie L. Leavell, LEA015
For the Firm:
Leavell & Associates,
Attorneys at Law, L.L.C.
903 Main Avenue, Suite A
Northport, AL  35476
(205) 248-0053


  /s/ George W. Walker, III
George W. Walker, III (WAL097)
OF COUNSEL:
COPELAND, FRANCO, SCREWS, & GILL
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180