IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS HOLLOWAY, *et al*, | } | |
| Plaintiff, | } } } | |
| v. | } } } | CASE NO. 2:05-CV-516-WKW (WO) |
| JIM WALTER HOMES, *etal*, | } } } | |
| Defendant. | } } | |

ARBITRATION STATUS REPORT

COMES NOW the Attorney for the Plaintiff, Hallie L. Leavell, and the Attorney for the Defendant, George W. Walker, III, and jointly file for this Honorable Court a summary report of the actions taken in the above matter and in support of same show as follows:

1. ARBITRATION STATUS:

We have selected and agreed upon an Arbitrator, Hon. Robert A. Huffaker. We have established and are working on Discovery deadlines for pre judicial issues.

2. DISPOSITION:

The parties are in the process of commencing Arbitration and believe that such Arbitration may be completed by April, 2007.

WHEREFORE, the above premises considered, the Attorney for the Plaintiff and the Attorney for the Defendant respectfully request that this Honorable court accept this, the Arbitration Status Report.

    DONE this the 2nd day of November, 2006.

           /s/ Hallie L. Leavell
OF COUNSEL:
Hallie L. Leavell, LEA015
For the Firm:
Leavell & Associates,
Attorneys at Law, L.L.C.
903 Main Avenue, Suite A
Northport, AL 35476
(205) 248-0053


          /s/ George W. Walker, III
George W. Walker, III (WAL097)
OF COUNSEL:
COPELAND, FRANCO, SCREWS, & GILL
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180