IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THOMAS HOLLOWAY, *et al,*

    Plaintiff,

    v.                                                          CASE NO. **2:05-CV-516-WKW**
                                                                                        (WO)
**JIM WALTER HOMES,** *et al,*                         }

    **Defendant.**

JOINT MOTION.FOR RELIEF FROM FILING

COMES NOW the Attorney for the Plaintiff, Hallie L. Leavell, and the Attorney for the Defendant, George W. Walker, III, jointly and ask this Honorable Court to relieve the parties from filing monthly status reports and in support of same show as follows:

1. The parties have filed such monthly status reports since August, 2006.
2. The parties have agreed upon an arbitrator and have set in place discovery deadlines and arbitration deadlines.
3. That the arbitrator is Robert Huffaker.
4. Since the parties are operating under the deadlines set in place and established by Robert Huffaker, it should no longer be necessary for the parties to report to the Court.

**WHEREFORE,** the above premises considered, the Attorney for the Plaintiff and the Attorney for the Defendant respectfully request that this Honorable court relieve the parties from filing monthly status reports.

DONE this the 11th day of November, 2006.

/s/ Hallie L. Leavell
OF COUNSEL:
Hallie L. Leavell, LEA015
For the Firm:
Leavell & Associates,
Attorneys at Law, L.L.C.
903 Main Avenue, Suite A
Northport, AL 35476
(205) 248-0053


/s/ George W. Walker, III
George W. Walker, III (WAL097)
OF COUNSEL:
COPELAND, FRANCO, SCREWS, & GILL
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180