IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 2:05-CV-516-WKW |
| | )           (WO) |
| v. | ) |
| | ) |
| JIM WALTER HOMES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion For Relief From Filing (Doc. # 29), it is

ORDERED that the motion is GRANTED to the extent that the parties shall file quarterly status reports beginning April 1, 2007.

DONE this 22nd day of November, 2006.

          /s/   W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE