# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

THOMAS HOLLOWAY and )
TERRI WILSON HOLLOWAY, )
                         )
    Plaintiffs, )
                         )
vs. )      CASE NO.  2:05cv516-M
                         )
JIM WALTER HOMES, INC., )      JURY DEMAND
et al., )
                         )
    Defendants. )

## CONFLICT DISCLOSURE STATEMENT

Comes now Defendant **William J. Wade as Trustee of Mid-State Trust VII,** which is incorrectly identified in the Complaint as William J. Ward, a Defendant in the above-captioned matter, and, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, and states that there are none.

This the 7th day of December, 2007.


    /s George W. Walker, III
    George W. Walker, III (WAL097)

**ATTORNEY FOR DEFENDANTS**
**JIM WALTER HOMES, INC.; WILLIAM J.**
**WADE AS TRUSTEE OF MID-STATE TRUST**
**VII; and MID-STATE HOMES, INC.**

**OF COUNSEL**:

COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347
Tel:  (334) 834-1180
Fax: (334) 834-3172

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on this the 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Barry Clayton Leavell**
  bcl@barryleavell.com,  hallie@barryleavell.com

- **Hallie Laura Leavell**
  hallie@barryleavell.com,  bcl@barryleavell.com

- **Michael Jason Musgrove**
  mjm@barryleavell.com,  hallie@barryleavell.com

        /s George W. Walker, III
        Of Counsel

2