IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY and ) | |
| TERRI WILSON HOLLOWAY, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | |
| vs. ) | CASE NO. 2:05-CV-516-WKW |
|   ) | |
| JIM WALTER HOMES, INC., ) | |
| et al., ) | |
|   ) | |
|   Defendants. ) | |

**APPLICATION FOR CONFIRMATION OF ARBITRATOR'S ORDER**

Defendants Jim Walter Homes, Inc. ("JWH"), William J. Wade as Trustee of Mid-State Trust VII ("Trust") and Mid-State Homes, Inc. ("Mid-State") hereby apply to the Court, pursuant to 9 U.S.C. § 9, to confirm the final order of arbitrator Robert Huffaker entered in the arbitration of this matter, and as grounds therefore, states as follows:

1.      The Holloways originally filed this action on June 1, 2005, asserting claims against the Defendants arising out of their purchase of a home and real property from the Defendants.

2.      Pursuant to an arbitration agreement executed by the Holloways, on June 22, 2006, this Court compelled the Holloways to arbitrate all of their claims against the Defendants. [Doc. 23].

3.      On January 2, 2008, arbitrator Robert Huffaker entered a final order in the arbitration, whereby he entered judgment in favor of Defendants JWH, Trust and Mid-State as to all claims asserted against them by the Holloways. [Exhibit A].

4.      "If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so

specified for an order confirming the award, and thereupon the court must grant such an order…." 9 U.S.C. § 9.  In this case, the arbitration agreement provides that following the entry of judgment by an arbitrator, "judgment upon the award [] may be entered in any Court having jurisdiction thereof."  [Exhibit B].

    WHEREFORE, for the reasons set forth hereinabove, Jim Walter Homes, Inc., William J. Wade as Trustee of Mid-State Trust, VII and Mid-State Homes, Inc. hereby petition the Court for an Order confirming the Final Order of Arbitrator Robert Huffaker entered in this case on January 2, 2008.

    /s George W. Walker, III
George W. Walker, III (WAL097)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347
Tel:  (334) 834-1180
Fax: (334) 834-3172
Email:  walker@copelandfranco.com

**ATTORNEY FOR DEFENDANTS**
**JIM WALTER HOMES, INC.; WILLIAM J.**
**WADE AS TRUSTEE OF MID-STATE TRUST**
**VII; and MID-STATE HOMES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Barry Clayton Leavell**
  bcl@barryleavell.com  hallie@barryleavell.com

- **Hallie Laura Leavell**
  hallie@barryleavell.com  bcl@barryleavell.com

- **Michael Jason Musgrove**
  mjm@barryleavell.com  hallie@barryleavell.com

                                          /s George W. Walker, III
                                          Of Counsel