RESALE OF MARY JOHNSON #552423

# EXHIBIT "D"

892205

## JIM WALTER HOMES, INC.

### ARBITRATION AGREEMENT - ALABAMA

The parties agree that, at the election of either party, any controversy or claim arising out of or relating to this contract, or the breach thereof, whether asserted as in tort or contract, or as a federal or state statutory claim, arising before, during or after performance of this contract, shall be settled by binding arbitration in accordance with the Comprehensive Arbitration Rules and Procedures administered by J•A•M•S/Endispute, and judgment upon the award rendered by the arbitrator may be entered in any Court having jurisdiction thereof. The parties agree and understand that they choose arbitration instead of litigation to resolve disputes. The parties herein agree that the Arbitration Hearing will be held within ninety (90) calendar days of the commencement of such arbitration proceeding. The Arbitration shall be conducted in the offices of the Arbitrator located within the closest geographic proximity to the house location stated herein to the cities of Birmingham, Huntsville, Montgomery or Mobile. The parties agree that each party may take the deposition of two (2) persons whether they are both opposing party members or two (2) individuals under the control of the opposing Party, or a combination thereof. The cost of such arbitration shall be divided equally among the parties to the arbitration. Each party shall bear the cost of their own expenses and attorney's fees. The number of arbitrators shall be one.

Buyer acknowledges that Seller is a Florida corporation with its principal place of business in the State of Florida. The parties acknowledge that some or all of the materials, fixtures, and equipment, as well as the source of financing contemplated by this contract, will be purchased, received or have their origin from sources outside the state when this contract is entered into.

Notwithstanding the foregoing, Seller and its assigns, retain the option to use judicial or non-judicial relief to seek (i) such remedies as foreclosure and ejectment granted to Seller or its successors and assigns in the Mortgage, (ii) suits to quiet title to any Property covered by the Mortgage, (iii) suits to establish equitable liens, and (iv) suits to collect any sums due and owing under this Contract, the Promissory Note, or the Mortgage. The institution and maintenance of an action for judicial relief in a court to seek the remedies of foreclosure and ejectment, to establish quiet title and equitable liens, or to collect any sums due and owing under the Contract, Promissory Note and/or Mortgage shall not constitute a waiver of the right of any party to compel arbitration regarding any other dispute or remedy subject to arbitration in this Contract, including the filing of a counterclaim in a suit brought by Seller, or its assigns, pursuant to this provision.

| 4-3-01 | _Thomas Holloway_ | 4-3-01 | _Terri L. Wilson_ |
|---|---|---|---|
| Date | Buyer - Signature | Date | Buyer - Signature |

| THOMAS Holloway | Terri L Wilson |
|---|---|
| PRINTED NAME | PRINTED NAME |

JW 5051(Rev. 3/98)

White - Home Office    Canary - Branch    Pink - Customer    Goldenrod - Customer

**EXHIBIT B**