IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS HOLLOWAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:05-cv-0516-WKW |
| ) | |
| JIM WALTER HOMES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the Application for Confirmation of Arbitrator's Order (Doc. # 38) filed by the defendants on January 30, 2008, and 9 U.S.C. § 9, it is the ORDER, JUDGMENT, and DECREE of the court that the Arbitrator's Final Order (Doc. # 38-2) is CONFIRMED and all of the plaintiffs' claims against the defendants are hereby DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of February, 2008.

                                        /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE